UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CARO-QUINTERO,<br>　　　　　　Petitioner,<br>　　v.<br>CYNTHIA ENTZEL, Warden,<br>　　　　　　Respondent. | NO. EDCV 17-1307-SVW (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: ___April 29, 2020___　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　United States District Judge